JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur Shishmanian, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>US Bank National Assoc., a California Corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 21-1817 MWF (MAAx)<br><br>*[Removed from Los Angeles County Superior Court Case No. 20STCV46211]*<br><br>**ORDER FOR DISMISSAL** |

　　　With GOOD CAUSE APPEARING, the parties' Stipulation for Dismissal is approved and this entire action is hereby dismissed with prejudice.

Dated:  December 2, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-

ORDER FOR DISMISSAL